UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERBERT S. PENROSE,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>QUALITY LOAN SERVICE CORP., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:19-cv-00027-MMD-CBC<br><br>ORDER |

Plaintiff filed his complaint on January 17, 2019. (ECF No. 1.) The Court issued a notice of intent to dismiss Defendants Quality Loan Service Corp., First Magnus Financial Corporation, Greenwich Capital Financial Products, Inc., Greenwich Capital Acceptance, Inc., and Countrywide Home Loan Servicing LP pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by May 24, 2019. (ECF No. 12.) On May 24, 2019, Plaintiff requested additional time to respond to the Court's dismissal notice (ECF No. 13). The Court granted Plaintiff's request, giving him until June 6, 2019 to respond to the Court's Rule 4(m) notice. (ECF No. 14.)

Plaintiff has filed no proof of service to date. Nor has Plaintiff responded to the Court's dismissal notice.

It is therefore ordered that the claims against Defendants Quality Loan Service Corp, First Magnus Financial Corporation, Greenwich Capital Financial Products, Inc., Greenwich Capital Acceptance, Inc., and Countrywide Home Loan Servicing LP are dismissed without prejudice.

DATED THIS 12th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE